Cite as 2021 Ark. 163

# SUPREME COURT OF ARKANSAS

IN RE CLIENT SECURITY FUND
COMMITTEE

Opinion Delivered: September 16, 2021

**PER CURIAM**

Ray Fulmer, Esq., of Fort Smith, Third Congressional District, is reappointed to the

Client Security Fund Committee for a five-year term to expire on July 31, 2026. The court

thanks Mr. Fulmer for his continued service on this important committee.